*Friday, August 21, 1998*

## MOTION DOCKET

**96–2790. State v. Clemons.**

Hamilton C.P. No. B9511119. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Hamilton County Court of Common Pleas and is now pending in the court of appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**98–726. State v. Jackson.**

Franklin C.P. No. 97CR041902. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to October 14, 1998. No further extensions will be granted.

**98–1580. Maple Hts. v. Spearman.**

Cuyahoga App. No. 72988. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

*Tuesday, August 25, 1998*

## MOTION DOCKET

**94–1964. State v. Garner.**

Hamilton App. No. C–920864. On September 20, 1996, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that all matters have been disposed of in case No. 94–1964, appellant's direct appeal of his conviction, and case No. 98–215, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte,* that the stay of execution entered in this cause on September 20, 1996, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 23rd day of November 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.